222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Telephone: 302-426-1900
Facsimile: 302-426-9947

KATHERINE L. HEMMING • khemming@camlev.com

# CAMPBELL & LEVINE, LLC
Attorneys at Law

September 19, 2022

The Honorable Richard G. Andrews
United States District Court
For the District of Delaware
844 North King Street, Unit 18, 3rd Floor
Wilmington, DE 19801-3570

      Re:    United States of America, ex rel. Danielle Duncan v. Mr. Cooper Group, Inc.
             C.A. No.: 20-489 (RGA)

Dear Judge Andrews:

    This firm represents the Plaintiff, Danielle Duncan. Please accept this letter in response to your request for status on the above-referenced matter. The Amended Complaint was served upon the Defendant, Mr. Cooper Group, Inc. on September 15, 2022. Defendant has until October 6, 2022 to file a responsive pleading. Once the Defendant enters their appearance, the parties can proceed forward with the discovery.

    I remain at the disposal of the Court for any additional requests or questions.

                                                                      Respectfully submitted,

                                                                      Katherine L. Hemming (Bar I.D. 5496)

cc: All Parties of Record (Electronic Filing Notice)

{C1228618.1 }