IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DANIELLE DUNCAN,<br><br>Plaintiffs,<br><br>v.<br><br>MR. COOPER GROUP INC.,<br><br>Defendant. | C.A. No. 3:23-cv-01113-E |

## [PROPOSED] SCHEDULING ORDER

WHEREAS the Parties have filed their Joint Status Report pursuant to the Court's Status Report Order at dkt. No. 84,

WHEREAS the Parties, in their Joint Status Report of May 10, 2024, revised various proposed discovery deadlines in this matter given the complexity of discovery;

THIS MATTER having come before this Court and for good cause shown, this Court hereby ORDERS the following deadlines for discovery in this matter:

| Event | Deadline |
|---|---|
| Deadline for Joint Report naming mediator | May 19, 2025 |
| Deadline for Completion of Mediation | July 3, 2025 |
| Deadline for Motions for Leave to Join Parties or Amend Pleadings | Plaintiff: 30 days after Defendant's production of documents in response to her First Requests for Production of Documents<br><br>Defendant: N/A |

| | |
|---|---|
| Substantial Completion of Document Discovery | February 7, 2025 |
| Completion of Fact Discovery | May 9, 2025 |
| Plaintiff's Expert Designation & Report | June 6, 2025 |
| Defendant's Expert Designation & Report | July 3, 2025 |
| Rebuttal Expert Designation | August 6, 2025 |
| Deadline for Completion of Discovery | September 5, 2025 |
| Deadline for Expert Objections | October 17, 2025 |
| Deadline for Dispositive Motions | October 17, 2025 |
| Deadline for Pretrial Disclosures and Objections | 30 days after decision on dispositive motions |
| Deadline for Pretrial Materials (pretrial order etc.) | 30 days after decision on dispositive motions |
| Settlement Conference | 45 days after decision on dispositive motions |
| Exchange of Exhibits | 60 days after decision on dispositive motions |

Date: May 10, 2024

Respectfully Submitted:

Signed: _____/s/Brian J. Wegrzyn_____
Andrew W. Schilling
Schilling Law LLC
NY Bar No. 2527265
1345 Avenue of the Americas, 2d Floor
New York, NY 10105
aschilling@schillinglaw.com

Brian J. Wegrzyn
Orrick, Herrington & Sutcliffe LLP

Signed: _____/s/ Michael DeJesus_____
Samuel J. Buffone, Jr.
Michael DeJesus
Buffone Law Group PLLC
4301 Connecticut Ave NW, Ste. 310
Washington, D.C. 2008
(202) 997-8562
sam@buffonelawgroup.com
michael@buffonelawgroup.com

NY Bar No. 4811550  
51 W. 52nd St.  
New York, NY 10019  
(212) 600-2395  
bwegrzyn@orrick.com  

Locke Lord LLP  
Thomas G. Yoxall  
TX Bar No. 00785304  
(214) 740-8683  
tyoxall@lockelord.com  
Matthew K. Hansen  
TX Bar No. 24065368  
(214) 740-8496  
mkhansen@lockelord.com  
2200 Ross Avenue, Suite 2800  

**Attorneys for Defendant Mr. Cooper Group Inc.**

Sarah Q. Wirskye  
TX Bar No. 24007885  
Phone: 972-725-7941  
Wirskye Law Firm  
Sarah Q. Wirskye PC  
5220 Spring Valley Road, Suite 200  
Dallas, TX 75254  

The Employment Law Group, PC  
R. Scott Oswald, VSB 41770  
202-261-2806  
Soswald@employmentlawgroup.com  
Janel Quinn, VSB 89503  
202-261-2813  
Jquinn@employmentlawgroup.com  
1717 K St. NW  
Suite 1110  
Washington, DC 20006  

**Attorneys for Plaintiff-Relator Danielle Duncan**

The Clerk of the Court is DIRECTED to file this Order.

So ORDERED this _____ day of _____, 2024.

_____

HONORABLE IDA BROWN

U.S. DISTRICT COURT JUDGE FOR THE NORTHERN DISTRICT OF TEXAS